UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

HASSAN MOHAMED,

        Plaintiff,

v.

SUNRISE VESSEL OPERATIONS,

        Defendant.
_____/

Case No.:

Honorable

Magistrate

## **COMPLAINT**

**NOW COMES** Plaintiff, Hassan Mohamed, by and through counsel undersigned, O'Bryan Baun Karamanian, complaining against Defendants as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Subject Matter and Federal Question (28 USCA 1331) jurisdiction founded under the Jones Act (46 USCA 30104) for negligence, and under the general maritime law for unseaworthiness, maintenance, and cure.

3. At all times material to issues herein Plaintiff was employed by Defendant as a crewmember aboard its vessels, including the M/V Horizon Enterprise, with all acts and/or omissions giving rise to this action occurring within the course of Plaintiff's employment in the service of his ship.

4. On or about July 18, 2021, Plaintiff was ordered to secure the port side pilot ladder with a heavily rusted, corroded, inadequate, defective, derelict, and unsafe appliance, which was unfit for its intended purpose; without conducting a necessary JSA or job briefing; and without providing adequate supervision and manpower, requiring Plaintiff to lift the pilot ladder manually,

causing him injury, as a direct result of the described defects, the negligence of Defendant, unseaworthiness of the vessel, and Defendant's failure to provide a safe place to work.

## DAMAGES

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

   a. Pain and suffering, past future.

   b. Mortification, humiliation, fright shock and embarrassment.

   c. Loss of earnings and earning capacity.

   d. Hospital, pharmaceutical and other cure expenses.

   e. Aggravation of prior condition, if any there be.

   f. Inability to engage in social, recreational, and other pursuits previously enjoyed.

   g. Mental anguish.

   h. Found.

   i. Maintenance, cure, punitive damages, and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

Harris Sarratt & Hodges, LLP

*/s/ Clay Hodges*
Clay Hodges (29270)
LR 83.1 Counsel
1620 Hillsborough St., Ste. 200
Raleigh, NC   27605
919.546.8788, 919.546.8789 – fax
chodges@hshllp.com

and

O'Bryan Baun Karamanian

*/s/ Gary Wm. Baun* (w/permission)
Gary Wm. Baun
Dennis M. O'Bryan
Counsel for Plaintiff
401 S. Old Woodward, Ste. 463
Birmingham, MI 48009
248.258.6262, 248.258.6047 - fax
gbaun@obryanlaw.net
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

HASSAN MOHAMED,

    Plaintiff,

v.

SUNRISE VESSEL OPERATIONS, LLC

    Defendant.
_____/

Case No.:

Honorable

Magistrate

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

Respectfully submitted,

Harris Sarratt & Hodges, LLP

*/s/ Clay Hodges*
Clay Hodges (29270)
LR 83.1 Counsel
1620 Hillsborough St., Ste. 200
Raleigh, NC 27605
919.546.8788, 919.546.8789 – fax
chodges@hshllp.com

and

O'Bryan Baun Karamanian

*/s/ Gary Wm. Baun* (w/permission)
Gary Wm. Baun
Dennis M. O'Bryan
Counsel for Plaintiff
401 S. Old Woodward, Ste. 463
Birmingham, MI 48009
248.258.6262, 248.258.6047 - fax
gbaun@obryanlaw.net
dob@obryanlaw.net